UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
DIANE LACKIRAM,                )
                               )
     Plaintiff,                )
                               )   C.A. No. 04-12592-GAO
v.                             )
                               )
LINDA MONTMINY, et al.,        )
                               )
     Defendants.               )
_____)
```

**DEFENDANTS' ANSWER AND JURY TRIAL DEMAND**

The defendants LINDA MONTMINY, PAT McCARTHY, FAITH KIRKLAND, ROSEMARY BEVINS, RUTH NATHANS, LEILA SARKIS, DIANE ENOX, GERALD J. MORRISSEY, and RON PRESTON [hereinafter "the defendants"] respond to the complaint of plaintiff DIANE LACKIRAM ["Lackiram"] by correspondingly numbered paragraphs as follows:

INTRODUCTION

1.  The allegations contained in this paragraph are by way of introduction and do not admit to a response and are therefore denied.

JURISDICTION

2.  Defendants are without knowledge or information as to Lackiram's state of residence and are therefore unable to form a belief as to whether this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1331 and

1343.

## PARTIES

3. Defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

## FACTS

13. Admitted.

14. Admitted.

15. Admitted.

16. The defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

17. The defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

18. The defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Admitted.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. The defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

30. Denied.

31. The defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. The defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

39. The defendants are without sufficient knowledge or information sufficient to form a belief as to the averments contained in this paragraph.

40. Denied.

41. Admitted as to accusation of workplace violence in October 2003 but the balance of the allegations contained in this paragraph are denied.

42. Admitted except as to demotion to entry level duties which is denied.

43. Denied.

44. Denied.

45. Denied except that the second complaint is still pending which is admitted.

46. Denied.

47. Denied.

48. Admitted.

## COUNT I

49. Denied except as to the lack of payment since April 2004.

50. Admitted.

## COUNT II

51. The defendants restate the responses to the allegations in paragraphs 1 through 48.

52. Denied.

## COUNT III

53. The defendants restate the responses to the allegations in paragraphs 1 through 50.

54. Denied.

## COUNT IV

55. The defendants restate the responses to the allegations in paragraphs 1 through 53.

56. Denied.

## COUNT V

57. The defendants restate the responses to the allegations in paragraphs 1 through 54.

58. Denied.

**FIRST DEFENSE**

Lackiram's Complaint fails to state a claim against the defendants upon which relief may be granted.

**THE DEFENDANTS CLAIMS A TRIAL BY JURY AS TO ALL COUNTS**

-6-

**DEFENDANTS LINDA MONTMINY, PAT McCARTHY, FAITH KIRKLAND, ROSEMARY BEVINS, RUTH NATHANS, LEILA SARKIS, DIANE ENOX, GERALD J. MORRISSEY, and RON PRESTON DEFENDANT COMMONWEALTH OF MASSACHUSETTS,**

By their Attorneys,

**THOMAS F. REILLY
ATTORNEY GENERAL**

<u>**/s/ Charles M. Wyzanski**</u>
**Charles M. Wyzanski
BBO # 536040
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
Tel. No. 617-727-2200**