UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE LACKIRAM<br>    Plaintiff,<br><br>v.<br><br>LINDA MONTMINY, PAT MCCARTHY,<br>FAITH KIRKLAND, ROSEMARY BEVINS,<br>RUTH NATHANS, LILA SARKIS,<br>DIANE ENOX, Deputy Commissioner of the<br>Massachusetts Department of Mental Retardation,<br>GERALD J. MORRISSEY, Commissioner of the<br>Massachusetts Department of Mental Retardation,<br>and RON PRESTON, Secretary of the<br>Massachusetts Office of Health and Human<br>Services<br>    Defendants. | C.A. No. 04-12592-GAO |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael Tumposky as co-counsel for the Plaintiff in the above-entitled action.

                                                                       Respectfully Submitted,

                                                                       <u>//S// Michael Tumposky</u>
                                                                       Michael Tumposky (BBO#660618)
                                                                       Hrones, Garrity & Hedges
                                                                       Lewis Wharf-Bay 232
                                                                       Boston, MA 02110-3927
                                                                       T) (617) 227-4019

**CERTIFICATE OF SERVICE**

I hereby certify, on this the 6th day of May, 2005, that I have caused to be served a copy of this document, where unable to do electronically, by first class mail, on all counsel of record in this matter.

//S// Michael Tumposky
Michael Tumposky