UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE LACKIRAM<br>    Plaintiff,<br><br>v.<br><br>LINDA MONTMINY, PAT MCCARTHY,<br>FAITH KIRKLAND, ROSEMARY BEVINS,<br>RUTH NATHANS, LILA SARKIS,<br>DIANE ENOX, Deputy Commissioner of the<br>Massachusetts Department of Mental Retardation,<br>GERALD J. MORRISSEY, Commissioner of the<br>Massachusetts Department of Mental Retardation,<br>and RON PRESTON, Secretary of the<br>Massachusetts Office of Health and Human<br>Services<br>    Defendants. | C.A. No. 04-12592-GAO |

**COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

In accordance with Local Rule 16.1(D)(3), the undersigned counsel as an authorized representative of Plaintiff Diane Lackiram, certify that counsel and parties have conferred with a view to establishing a budget for the costs of conducting the full course and various alternate courses of litigation and to consider the resolution of the litigation through the use of ADR process such as those outlined in Local Rule 16.1(D)(3).

                                                              Diane Lackiram
                                                              By her attorneys

| | |
|---|---|
| //S// Diane Lackiram<br>Diane Lackiram<br>Plaintiff | //S// Michael Tumposky<br>Stephen Hrones<br>BBO # 242860<br>Jessica D. Hedges<br>BBO # 645847<br>Michael Tumposky |

| | |
|---|---|
| Dated: May 6, 2005 | BBO No. 660618<br>Hrones, Garrity & Hedges<br>Lewis Wharf-Bay 232<br>Boston, MA 02110-3927 |

## CERTIFICATE OF SERVICE

    I, Michael Tumposky, hereby certify that on this the 6th of May, 2005, I have served a copy of Plaintiff's Local Rule 16.1 Certification, where not able to do so electronically, by first-class mail to Charles M. Wyzanski, the Office of the Massachusetts Attorney General, 200 Portland Street, Boston, MA 02108.

                                                                              //S// Michael Tumposky
                                                                              Michael Tumposky