UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE LACKIRAM<br>    Plaintiff,<br><br>v.<br><br>LINDA MONTMINY, PAT MCCARTHY,<br>FAITH KIRKLAND, ROSEMARY BEVINS,<br>RUTH NATHANS, LILA SARKIS,<br>DIANE ENOX, Deputy Commissioner of the<br>Massachusetts Department of Mental Retardation,<br>GERALD J. MORRISSEY, Commissioner of the<br>Massachusetts Department of Mental Retardation,<br>and RON PRESTON, Secretary of the<br>Massachusetts Office of Health and Human<br>Services<br>    Defendants. | C.A. No. 04-12592-GAO |

**PROPOSED SCHEDULING ORDER**

Pursuant to Local Rule 16.1, the Plaintiff and Defendants hereby submit this proposed scheduling order:

**PROPOSED DISCOVERY PLAN**

I.    Automatic Disclosures by September 1, 2005;

II.    All motions to amend or supplement by September 15, 2005;

III.    All fact discovery by March 1, 2006;

IV.    All expert depositions by April 1, 2006;

V.    All dispositive motions by July 1, 2006;

VI.    All responses to dispositive motions by August 1, 2006.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| Defendants Linda Montminy, Pat Mccarthy, | Diane Lackiram |
| Faith Kirkland, Rosemary Bevins, Ruth Nathans, | By Her Attorneys |
| Leila Sarkis, Diane Enox, Gerald J. Morrissey, And Ron Preston | |
| By Their Attorneys, | /s/ Michael Tumposky |
| Thomas F. Reilly | Stephen Hrones |
| Attorney General | BBO No. 242860 |
| | Jessica D. Hedges |
| /s/ Charles M. Wyzanski | BBO No. 645847 |
| Charles M. Wyzanski | Michael Tumposky |
| BBO # 536040 | BBO No. 660618 |
| Assistant Attorney General | Hrones, Garrity & Hedges |
| One Ashburton Place | Lewis Wharf-Bay 232 |
| Boston, Massachusetts 02l08 | Boston, MA 02110-3927 |
| Tel. No. 6l7-727-2200 | T) 617-227-4019 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this the 15th day of July, 2005, I have served a copy of this Proposed Scheduling Order, where not able to do so electronically, by first-class mail to all counsel of record in this matter.

/s/ Michael Tumposky
Michael Tumposky