## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                )
DIANE LACKIRAM,                 )
                                )
        Plaintiff,              )
                                )      C.A. No. 04-12592-GAO
v.                              )
                                )
LINDA MONTMINY, et al.,         )
                                )
        Defendants.             )
_____)
```

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW come the DEFENDANTS LINDA MONTMINY, PAT McCARTHY, FAITH KIRKLAND, ROSEMARY BEVINS, RUTH NATHANS, LEILA SARKIS, DIANE ENOX, GERALD J. MORRISSEY, and RON PRESTON ("the defendants") and move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment in the above-captioned action.

PLAINTIFF DIANE LACKIRAM ("Lackiram") has brought this action against the defendants alleging that they subjected her to employment discrimination and then, after she complained, to retaliation, thereby violating her rights under both Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 (2000), and the Massachusetts Fair Employment Act, Mass. G.L. c. 151B.  She further claims that the defendants defamed her in violation of state law.

-2-

As fully set forth in the accompanying Memorandum, Lackiram fails to demonstrate a prima facie case of either racial discrimination or retaliation.  She has not alleged any "adverse employment action" or produced any evidence from which a jury could reasonably infer discriminatory or retaliatory animus.  As for her claim of defamation, Lackiram cites no evidence on which a jury could reasonably infer actual malice or unnecessary, unreasonable or excessive publication.  Accordingly, summary judgment should be granted the defendants.

**DEFENDANTS LINDA MONTMINY, PAT McCARTHY, FAITH KIRKLAND, ROSEMARY BEVINS, RUTH NATHANS, LEILA SARKIS, DIANE ENOX, GERALD J. MORRISSEY, and RON PRESTON,**

**By their Attorneys,**

**THOMAS F. REILLY**
**ATTORNEY GENERAL**

**/s/ Charles M. Wyzanski**
**Charles M. Wyzanski**
**BBO # 536040**
**Assistant Attorney General**
**One Ashburton Place**
**Boston, Massachusetts 02108**
**Tel. No. 617-727-2200**