UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
**DIANE LACKIRAM,**                 )
                                    )
    **Plaintiff,**           )
                                    )   C.A. No. 04-12592-GAO
**v.**                              )
                                    )
**LINDA MONTMINY, et al.,**         )
                                    )
    **Defendants.**          )
_____ )

### AFFIDAVIT OF RUTH NATHANS

I, Ruth Nathans, hereby depose and swear:

1. The statements made in this affidavit are based on my personal knowledge.

2. I was employed by the Department of Mental Retardation ("DMR") from September 8, 1968 to January 16, 2004.

3. At all times relevant to the above-captioned lawsuit, I was DMR's Division Director.

4. Among my duties and responsibilities were managing the clinical and adminstrative operation of Division I.  This included direct supervision of 2 managers, administrative supervision of clinicians, professional and paraprofessional staff.  I oversaw the performance and attendance of all DMR employees in the Division.  I worked in collaboration with Area Offices,

outside agencies, and I provided support and assistance to parents and guardians.

5.   An interoffice memo was send to Ms. Lackiram, with a copy to me on April 23, 2003, stating that a letter that Lackiram had authored would not be adequate documentation for an emergency personal day and that she would therefore not be paid for April 16, 2003.

6.   Ms. Lackiram was later able to produce adequate documentation and she was, accordingly, paid for April 16, 2003.

7.   On July 11, 2003, I gave an Informal Warning to Ms. Lackiram for loudly complaining about her job in the immediate presence of residents and staff on June 24, 2003.

      Signed under pains and penalties of perjury this ___ day of June, 2006.

      /s/Ruth Nathans_____
      Ruth Nathans