UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                              )
**DIANE LACKIRAM,**               )
                              )
    Plaintiff,             )
                              )   C.A. No. 04-12592-GAO
v.                            )
                              )
**LINDA MONTMINY, et al.,**       )
                              )
    Defendants.            )
_____)

**AFFIDAVIT OF LEILA SARKIS**

I, Leila Sarkis, hereby depose and swear:

1. The statements made in this affidavit are based on my personal knowledge.

2. I have been employed by the Department of Mental Retardation ("DMR") from March 8, 1987 to the present.

3. At all times relevant to the above-captioned lawsuit, I was DMR's Assistant Division Director.

4. Among my duties and responsibilities were the day-to-day management of 1 Hathorne Circle and 2 Apartments within 4 Hathorne Circle of Division I. This was to ensure active treatment and maintain the health and safety of the individuals and staff. Specific duties and responsibilities included direct supervision of the MRW III, and MRW IV's, recommendations for hiring, promotions, disciplinary action, provided support to the clinical staff, and overseeing the performance and attendance of all

-2-

direct care, paraprofessional and ancillary staff within the sites listed above.

5. Overtime was available to Diane Lackiram, as it was to other MRW-IV's, on a voluntary basis. Ms. Lackiram never volunteered for overtime, although on at least one occasion I asked if she were interested.

6. On April 22, 2003, I sent Ms. Lackiram a form letter stating that, pursuant to Article 8 of the Collective Bargaining Agreement, she would have to submit medical evidence in be paid sick leave for April 18 and 19, 2003.

7. I did so because it appeared that there was an emerging trend of unacceptable attendance, as evidenced by her previous three months of tardiness and absenteeism.

8. On May 23, 2003, I sent Ms. Lackiram another form letter pursuant to Article 8 of the Collective Bargaining Agreement requesting that she submit satisfactory medical evidence to substantiate May 15, 2003 as a sick day. Ms. Lackiram subsequently produced such medical evidence and, accordingly, she was paid for May 15, 2003.

-3-

Signed under pains and penalties of perjury this ___ day of June, 2006.

      /s/Leila Sarkis_____
      Leila Sarkis