UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
**DIANE LACKIRAM,**                 )
                                    )
    **Plaintiff,**          )
                                    )   C.A. No. 04-12592-GAO
**v.**                              )
                                    )
**LINDA MONTMINY, et al.,**         )
                                    )
    **Defendants.**         )
_____ )

## NOTICE OF FILING

    Defendants' Motion for Summary Judgment and Defendants' Memorandum in Support of Their Motion for Summary Judgment were E-Filed on Monday, June 5, 2006. Exhibits A-S in support of Defendants' Motion for Summary Judgment and Memorandum in Support of Their Motion for Summary Judgment are being served by mail upon all parties by sending to:

        Stephen B. Hrones, Esq.
        Michael L. Tumposky, Esq.
        Hrones, Garrity & Hedges, LLP
        Lewis Wharf, Bay 232
        Boston, MA  02110


            /s/ Charles M. Wyzanski
            Charles M. Wyzanski