**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                                    )
**DIANE LACKIRAM,**                 )
                                                    )
    **Plaintiff,**                          )
                                                    )  C.A. No. 04-12592-GAO
**v.**                                              )
                                                    )
**LINDA MONTMINY, et al.,**    )
                                                    )
    **Defendants.**                      )
_____)

## CERTIFICATE OF SERVICE

    I, Charles M. Wyzanski, Assistant Attorney General, hereby certify that I E-filed Defendants' Motion for Summary Judgment, Defendants' Memorandum in Support of Their Motion for Summary Judgment, Affidavit of Faith Kirkland, Affidavit of Ruth Nathans and Affidavit of Leila Sarkis on Monday, June 5, 2006. Exhibits A-S in support of Defendants' Motion for Summary Judgment and Memorandum in Support of Their Motion for Summary Judgment are being served by mail upon all parties by sending to:

        Stephen B. Hrones, Esq.
        Michael L. Tumposky, Esq.
        Hrones, Garrity & Hedges, LLP
        Lewis Wharf, Bay 232
        Boston, MA  02110


        /s/ Charles M. Wyzanski
        Charles M. Wyzanski