UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

DIANE LACKIRAM                                          }
    Plaintiff,                      }
                                                        }
v.                                                      }            C.A. No. 04-12592-GAO
                                                        }
LINDA MONTMINY, PAT MCCARTHY,                           }
FAITH KIRKLAND, ROSEMARY BEVINS,                        }
RUTH NATHANS, LILA SARKIS,                              }
DIANE ENOX, Deputy Commissioner of the                  }
Massachusetts Department of Mental Retardation,         }
GERALD J. MORRISSEY, Commissioner of the                }
Massachusetts Department of MentalRetardation,          }
and RON PRESTON, Secretary of the                       }
Massachusetts Office of Health and Human                }
Services                                                }
    Defendants.                     }

---

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Diane Lackiram, and hereby moves this Court for an extension of time until July 14, 2006 to file her opposition to the Defendants' motion for summary judgment.  As grounds therefore, the Plaintiff states the following:

1. Although the Defendants' motion was filed on June 5, Plaintiff's counsel just recently received transcripts of the Defendants' depositions.

2. Defendants' motion addresses numerous legal issues requiring detailed responses.

3. Stephen Hrones, lead counsel in this matter, is currently on trial in the case of Sylva v. City of Quincy, 1:03-cv-12473-MBB.

4. This is counsel's first request for extension of time.

5. Charles Wyzanski, counsel for the Defendants, assents to this motion.

Respectfully Submitted,
Diane Lackiram
By her attorneys


//s// Michael Tumposky
Stephen Hrones
BBO # 242860
Michael Tumposky
BBO No. 660618
Hrones, Garrity & Hedges
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T) 617-227-4019

Dated:  June 19, 2006

## CERTIFICATE OF SERVICE

I, Michael Tumposky, hereby certify that on this the 19th of June, 2006, I have served a copy of this document, where unable to do so electronically, by first-class mail to Charles M. Wyzanski, the Office of the Massachusetts Attorney General, 200 Portland Street, Boston, MA 02108.

//s// Michael Tumposky
Michael Tumposky