# United States District Court
# District of Massachusetts

**DIANE LACKIRAM,**
    Plaintiff,

v.                                                              CIVIL ACTION NO. 2004-12592-GAO

**LINDA MONTMINY, ET AL,**
    Defendant.

## *REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

On August 14, 2007, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION     __X__ MEDIATION
\_\_\_\_\_ MINI-TRIAL     \_\_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_\_ SETTLEMENT CONFERENCE

The plaintiff, plaintiff's counsel, defendant's counsel and a representative of the defendant were present.

[X]   The case was NOT SETTLED. Further efforts to settle the case at this time are unlikely to be successful. The case should proceed to trial on September 10, 2007 at 9:00 A.M.

<u>August 14, 2007</u>                                      */Robert B. Collings/*
DATE                                                            ROBERT B. COLLINGS
                                                         United States Magistrate Judge

Copy to:   Judge O'Toole
               Rebecca Tyler, Esquire
               All counsel.