UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
**DIANE LACKIRAM,**                )
                                   )
    Plaintiff,               )
                                   )   C.A. No. 04-12592-GAO
v.                                 )
                                   )
**LINDA MONTMINY, et al.,**        )
                                   )
    Defendants.              )
_____)


**DEFENDANTS' ASSENTED-TO MOTION FOR CONTINUANCE**

    NOW comes the defendants' undersigned counsel, Charles M. Wyzanski, and urgently requests that this Court grant him a relatively short continuance of the trial presently scheduled in the above-captioned matter for September 10, 2007.  The September 10 date was agreed to by the Court and both parties' counsel at a status conference held on April 12, 2007.  However, since that time, Wyzanski's 83 year old Turkish father-in-law has been diagnosed with advanced prostate cancer and Wyzanski very much wishes to join his wife to visit him at the earliest possible time.  Wyzanski and his wife have been able to obtain airline tickets leaving for Istanbul August 25 and returning September 23, 2007.

    Until yesterday, the parties had been hopeful that the scheduled mediation might result in a settlement short of

-2-

trial. However, the diligent efforts of U.S. Magistrate Judge Collings proved unavailing. Wyzanski, accordingly, proposes to submit a Joint Pre-trial Conference report prior to his leaving on August 25 and to proceed with trial at a date to be scheduled by the Court for sometime later in the fall of 2007. Opposing counsel and his client have kindly assented to this request.

>**DEFENDANTS LINDA MONTMINY, PAT McCARTHY, FAITH KIRKLAND, ROSEMARY BEVINS, RUTH NATHANS, LEILA SARKIS, DIANE ENOX, GERALD J. MORRISSEY, and RON PRESTON,**
>
>By their Attorneys,
>
>**MARTHA COAKLEY**
>**ATTORNEY GENERAL**
>
>**/s/ Charles M. Wyzanski**
>**Charles M. Wyzanski**
>**BBO # 536040**
>**Assistant Attorney General**
>**One Ashburton Place**
>**Boston, Massachusetts 02108**
>**Tel. No. 617-727-2200**

**Assented to:**

**/s/ Michael Tumposky**
**Michael Tumposky, Esq.**
**BBO # 660618**
**Hrones, Garrity & Hedges**
**Lewis Wharf--Bay 232**
**Boston, MA 02110-3927**
**Tel. No. 617-227-4019**