UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| DIANE LACKIRAM | } |
|      Plaintiff, | } |
| | } |
| v. | }    C.A. No. 04-12592-GAO |
| | } |
| LINDA MONTMINY, PAT MCCARTHY, | } |
| FAITH KIRKLAND, ROSEMARY BEVINS, | } |
| RUTH NATHANS, LILA SARKIS, | } |
| DIANE ENOX, Deputy Commissioner of the | } |
| Massachusetts Department of Mental Retardation, | } |
| GERALD J. MORRISSEY, Commissioner of the | } |
| Massachusetts Department of Mental Retardation, | } |
| and RON PRESTON, Secretary of the | } |
| Massachusetts Office of Health and Human | } |
| Services | } |
|      Defendants. | } |

_____}

**ASSENTED-TO MOTION TO CONTINUE TRIAL**

Now comes the Plaintiff and hereby moves for a very short continuance of the trial in the above-entitled matter to any week in December, 2007, or a later date convenient for the Court. As grounds therefore, the Plaintiff states the following:

1. Counsel for the Plaintiff had previously scheduled a family vacation for the week of November 12, returning to Boston on November 20.

2. After the Court rescheduled the trial from September to November 13, counsel attempted to move his vacation but was unsuccessful.

3. If trial proceeds during that week, counsel will have to cancel his vacation completely.

4. The other attorneys of record are not available at that time and, in any event, undersigned counsel will be trying the case by himself.

5. Counsel for the Defendants, Charles Wyzanski, assents to this motion.

1

**WHEREFORE**, the Plaintiff respectfully requests a very short continuance of the trial currently scheduled for November 13, 2007.

Respectfully Submitted,
Plaintiff Diane Lackiram
By her attorney

Dated:  September 28, 2007

//s// Michael Tumposky
Michael Tumposky
BBO No. 660618
Hrones, Garrity & Hedges
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T) 617-227-4019

## CERTIFICATE OF SERVICE

I, Michael Tumposky, hereby certify that, on this the 28th day of September, 2007, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

//s// Michael Tumposky
Michael Tumposky

2