UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIANE LACKIRAM<br>    Plaintiff, | } } } | |
| v. | } } | C.A. No. 04-12592-GAO |
| LINDA MONTMINY, PAT MCCARTHY,<br>FAITH KIRKLAND, ROSEMARY BEVINS,<br>RUTH NATHANS, and LEILA SARKIS,<br>    Defendants. | } } } } } | |

**MOTION IN LIMINE TO PROHIBIT USE OF TERM "WORKPLACE VIOLENCE"**

Now comes the Plaintiff, Dianne Lackiram, and hereby moves this Court to prohibit counsel from mentioning, and to instruct his witnesses not to mention, the term "workplace violence." As grounds therefore, the Plaintiff states the following:

1. The phrase is a term of art used by employees of the Commonwealth to encompass numerous different types of behavior, ranging from actual violence, to the mere raising of voices.

2. As the Plaintiff never committed an act of violence, any mention of the allegation would be irrelevant.

3. Moreover, the use of the term "workplace violence" would be highly prejudicial to the Plaintiff as it would imply she was physically assaultive to a coworker, when this was not in fact the case.  Fed. R. Evid. 403.

**WHEREFORE**, the Plaintiff requests that the Court prohibit counsel from mentioning this term and to instruct his witnesses not to mention it.

                                                                Respectfully Submitted,
                                                                Plaintiff Diane Lackiram
                                                                By her attorney

Dated:  February 21, 2008

                                                               //s// Michael Tumposky
                                                               Michael Tumposky
                                                               BBO No. 660618
                                                               Hrones, Garrity & Hedges
                                                               Lewis Wharf-Bay 232
                                                               Boston, MA 02110-3927
                                                               T) 617-227-4019

## CERTIFICATE OF SERVICE

     I, Michael Tumposky, hereby certify that, on this the 21st day of February, 2008, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

                                                               //s// Michael Tumposky
                                                               Michael Tumposky