UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
**DIANE LACKIRAM,**                 )
                                    )
    Plaintiff,                     )
                                    )   C.A. No. 04-12592-GAO
v.                                  )
                                    )
**LINDA MONTMINY, et al.,**         )
                                    )
    Defendants.                    )
_____)

### **DEFENDANTS' PROPOSED QUESTIONS FOR THE VOIR DIRE**

Under Rule 47(a) of the Federal Rules of Civil Procedure, the defendants request that this Court exercise its discretion and inquire on oath the persons called as jurors as follows:

    1.    Have you, or anyone in your household or family, ever worked for the Commonwealth of Massachusetts?

    2.    Have you, or anyone in your household or family, ever been subject to discrimination on grounds of gender, race, country of origin, religion, age, or handicap?

    3.    Have you, or anyone in your household or family ever witnessed discrimination on grounds of gender, race, country of origin, religion, age, or handicap?

    4.    Have you, or anyone in your household or family, ever been subject to retaliation by an employer for complaints made at work?

    5.    Is anyone in your household or family mentally retarded or worked with anyone mentally retarded?

-2-

6. Are you or anyone in your household or family a member of a labor union?

7. Have you, or anyone in your household or family, ever been disciplined at work?

                         **DEFENDANTS LINDA MONTMINY, PAT McCARTHY, FAITH KIRKLAND, ROSEMARY BEVINS, RUTH NATHANS, LEILA SARKIS, DIANE ENOX, GERALD J. MORRISSEY, and RON PRESTON,**

                         **By their Attorneys,**

                         **THOMAS F. REILLY**
                         **ATTORNEY GENERAL**

                         **/s/ Charles M. Wyzanski**
                         **Charles M. Wyzanski**
                         **BBO # 536040**
                         **Assistant Attorney General**
                         **One Ashburton Place**
                         **Boston, Massachusetts 02108**
                         **Tel. No. 617-727-2200**