UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIANE LACKIRAM                                              }
    Plaintiff,                                         }
                                                            }
v.                                                          }   C.A. No. 04-12592-GAO
                                                            }
LINDA MONTMINY, PAT MCCARTHY,                               }
FAITH KIRKLAND, ROSEMARY BEVINS,                            }
RUTH NATHANS, LILA SARKIS,                                  }
DIANE ENOX, Deputy Commissioner of the                      }
Massachusetts Department of Mental Retardation,             }
GERALD J. MORRISSEY, Commissioner of the                    }
Massachusetts Department of Mental Retardation,             }
and RON PRESTON, Secretary of the                           }
Massachusetts Office of Health and Human                    }
Services                                                    }
    Defendants.                                       }
                                                            }

## PLAINTIFF'S PROPOSED JURY VERDICT SLIP

1. Do you find, by a preponderance of the evidence, that the any of the disciplinary action taken against the Plaintiff was substantially motivated by her opposition to discriminatory practices?

   _____        _____
   YES              NO

*If you answered "YES" to this Question, proceed to Question 2, if you answered "NO", go no further.*

2. As to which of the following Defendants do you find, by a preponderance of the evidence, that their conduct amounted to the retaliation found by you in Question 1?

|           | Yes       | No        |
|-----------|-----------|-----------|
| **Sarkis**    | _____ | _____ |
| **Nathans**   | _____ | _____ |
| **Montminy**  | _____ | _____ |
| **Kirkland**  | _____ | _____ |
| **Morrissey** | _____ | _____ |
| **Preston**   | _____ | _____ |

3. Do you find, by a preponderance of the evidence, that the Plaintiff suffered harm as a result of the retaliation found by you in Question 1?

_____        _____
YES            NO

*If you answered "YES" to Question 3, proceed to Questions 4, 5, 6, 7, 8 and 9. If you answered "NO", go no further.*

4. What amount of lost wages do you award the Plaintiff?

_____        _____
   In Numbers                In words

5. What amount of compensatory damages do you award the Plaintiff?

_____        _____
   In Numbers                In words

6. What, if any, amount of punitive damages do you award the Plaintiff and against whom?

|            | **Yes** | **No** | **Amount** |
|------------|---------|--------|------------|
| **Sarkis**    | _____ | _____ | _____ |
| **Nathans**   | _____ | _____ | _____ |
| **Montminy**  | _____ | _____ | _____ |
| **Kirkland**  | _____ | _____ | _____ |
| **Morrissey** | _____ | _____ | _____ |
| **Preston**   | _____ | _____ | _____ |

7. Do you award the Plaintiff interest? (the amount will be calculated by the clerk)

_____        _____
YES            NO

8. Do you award the Plaintiff additional damages to compensate her for any increased tax liability as a result of receiving several years of wages in one calendar year?

_____        _____
YES            NO

If you answered "YES" to Question 8, proceed to Question 9. If you answered "NO", go no further.

9. How much in additional damages do you award the Plaintiff?

_____        _____
   In Numbers                In words

2

                                                     Respectfully Submitted,
                                                     Diane Lackiram
                                                     By her attorneys

DATED: February 26, 2008

                                                   //s// <u>Michael Tumposky</u>
                                                   Stephen Hrones
                                                   BBO No. 242860
                                                   Jessica D. Hedges
                                                   BBO No. 645847
                                                   Michael Tumposky
                                                   BBO No. 660618
                                                   Hrones, Garrity & Hedges
                                                   Lewis Wharf-Bay 232
                                                   Boston, MA 02110-3927
                                                   T) (617) 227-4019

## **CERTIFICATE OF SERVICE**

     I, Michael Tumposky, hereby certify that, on this the 26th day of February, 2008, I have served a copy of this document, where unable to do so electronically, by first-class mail to all counsel of record in this matter.

                                                   //s// <u>Michael Tumposky</u>
                                                   Michael Tumposky