UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12592-GAO

DIANE LACKIRAM

v.

RUTH NATHANS and LEILA SARKIS

VERDICT

O'TOOLE, D.J.

Question 1

Has the Plaintiff proved, by a preponderance of the evidence, that the Defendant **Leila Sarkis** discriminated against the Plaintiff by taking adverse employment actions on the basis of the Plaintiff's race?

\_\_\_\_\_ YES        __X__ NO

Question 2

Has the Plaintiff proved, by a preponderance of the evidence, that the Defendant **Leila Sarkis** retaliated against the Plaintiff for voicing her concerns of possible racial discrimination within the workplace?

\_\_\_\_\_ YES        __X__ NO

Question 3

Has the Plaintiff proved, by a preponderance of the evidence, that the Defendant **Ruth Nathans** discriminated against the Plaintiff by taking adverse employment actions on the basis of the Plaintiff's race?

\_\_\_\_\_ YES        __X__ NO

Question 4

Has the Plaintiff proved, by a preponderance of the evidence, that the Defendant **Ruth Nathans** retaliated against the Plaintiff for voicing her concerns of possible racial discrimination within the workplace?

    _____ YES        _X_ NO

Question 5

If you answered "NO" to **all** previous Questions, then do **not** answer this Question.

If you answered "YES" to **any** previous Question, then what damages do you assess as compensation for the injuries caused by such conduct?

    Compensatory Damages

    a.    Lost Wages:

           _____
           (Amount in words)

           _____
           (Amount in figures)

    b.    Emotional Distress:

           _____
           (Amount in words)

           _____
           (Amount in figures)

Shall pre-judgment interest be awarded?

    _____ YES        _____ NO

At what rate of interest?

    _____%

The foregoing represents the unanimous decision of the jury.

_2/28/08_
DATE

_____
FOREMAN