UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIANE LACKIRAM
        Plaintiff(s)

v.                          CIVIL ACTION NO. 04-12592-GAO

LEILA SARKIS and RUTH NATHANS
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**X**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The jury finds in favor of defendants Leila Sarkis and Ruth Nathans.

Judgment is also entered in favor of defendant Department of Mental Retardation and the other named defendants.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 2/28/08                      By /s/ Paul Lyness
                                              Deputy Clerk

(JudgementCivil.wpd  lackiram  v  montminy.wpd - 3/7/2005)